**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO, | ) No. C 11-5739 RMW (PR) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CHAPUT, et cl., | ) |
| Defendants. | ) |

The court has dismissed the instant action failure to state a claim. A judgment of dismissal is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 3/6/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.11\Merino739jud.wpd